UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| ROBERT FRANK,<br><br>　　Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　Defendant. | Case No. 1:25-cv-00092<br><br>Magistrate Judge Alistair E. Newbern |

### ORDER[1]

This action was commenced on November 5, 2025 by Plaintiff Robert Frank's filing a complaint under 42 U.S.C. § 405(g). Soc. Sec. R. 2. The Court notified the Commissioner of Social Security of the action by transmitting a Notice of Electronic Filing to the Social Security Administration's Office of General Counsel and the U.S. Attorney for the Middle District of Tennessee. Soc. Sec. R. 3.

The Commissioner is ORDERED to file a copy of the certified administrative record and an answer no later than 60 days after issuance of the Notice of Electronic Filing. Soc. Sec. R. 4(a). The certified administrative record may serve as the answer. Soc. Sec. R. 4(b). If the Commissioner files a motion under Rule 12, that motion must be filed no later than 60 days after issuance of the Notice of Electronic Filing. Soc. Sec. R. 4(c).

After the Commissioner has filed an answer and the certified record, the action must be presented for decision by the parties' briefs. Soc. Sec. R. 5.

---

[1] This Order reflects the adoption of the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g) (effective Dec. 1, 2022).

The plaintiff is ORDERED to file a motion for judgment on the administrative record and an accompanying memorandum in support of the motion no later than thirty days after the certified administrative record and/or answer are filed. Soc. Sec. R. 6.

The Commissioner shall file a responsive brief no later than thirty days after service of the plaintiff's motion. Soc. Sec. R. 7.

The plaintiff shall file any optional reply brief no later than fourteen days after service of the Commissioner's response brief. Soc. Sec. R. 8. The reply brief shall not exceed five pages absent permission from the Court.

The briefs must support assertions of fact by particular administrative record citations. Soc. Sec. R. 5. In citing the administrative record, the parties shall use the Bates-stamped numbers in large black print generally located on the bottom right corner of each page and not the PageID numbers included by the Court's CM/ECF filing system.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge